IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                        Case No. 3:23-cr-92

KULBIR KAUR, &
HARMANPREET SINGH

    Defendants.

**ORDER**

This matter is before the Court on the GOVERNMENT'S MOTION TO ADMIT CERTAIN REBUTTAL EVIDENCE (ECF No. 135), DEFENDANT'S MOTION FOR COURT'S PERMISSION FOR MATTHEW GREENE TO BE ABSENT FROM TRIAL OCCURRING ON JANUARY 22, 2024 (ECF No. 161), and the GOVERNMENT'S OBJECTIONS TO DEFENDANT HARMANPREET SINGH'S PROPOSED VOIR DIRE (ECF No. 171). For the reasons set forth on the record during the conference call on January 2, 2024, it is hereby ORDERED that:

(1) Having reviewed the GOVERNMENT'S MOTION TO ADMIT CERTAIN REBUTTAL EVIDENCE (ECF No. 135), the MEMORANDUM OF LAW IN SUPPORT OF THE GOVERNMENT'S MOTION TO ADMIT CERTAIN REBUTTAL EVIDENCE (ECF No. 136), the GOVERNMENT'S NOTICE OF CERTAIN REBUTTAL EVIDENCE (ECF No. 143), DEFENDANT SINGH'S RESPONSE TO GOVERNMENT'S MOTION TO ADMIT CERTAIN REBUTTAL EVIDENCE (ECF No. 152), DEFENDANT KAUR'S RESPONSE TO GOVERNMENT'S MOTION TO ALLOW CERTAIN REBUTTAL EVIDENCE (ECF No. 155), and the GOVERNMENT'S REPLY TO DEFENDANTS' RESPONSES TO GOVERNMENT'S MOTION TO ADMIT CERTAIN REBUTTAL EVIDENCE (ECF No. 159), and having heard oral argument during the conference call on January 2, 2024, the Court shall reserve ruling until trial on the GOVERNMENT'S MOTION TO ADMIT CERTAIN REBUTTAL EVIDENCE (ECF No. 135) because the scope and nature of the evidence to be presented on this issue is, to this point, unclear; and

(2) DEFENDANT'S MOTION FOR COURT'S PERMISSION FOR MATTHEW GREENE TO BE ABSENT FROM TRIAL OCCURRING ON JANUARY 22, 2024 (ECF No. 161) is granted; and

(3) Defendant SINGH shall file, by 5:00 PM on January 2, 2024, his response to the GOVERNMENT'S OBJECTIONS TO DEFENDANT HARMANPREET SINGH'S PROPOSED VOIR DIRE (ECF No. 171), as well as any objections he has to the UNITED STATES' PROPOSED VOIR DIRE QUESTIONS (ECF No. 166); and

2

(4) The parties shall reconvene with the Court via telephone conference call on January 3, 2024 at 3:00 PM, during which the Court shall rule on all voir dire objections.

It is additionally ORDERED that:

(1) The trial in this case shall not occur on Friday, January 12, 2024 to allow defense counsel to attend a separate hearing that conflicts with this trial. Trial shall resume on Tuesday, January 16, 2024; and

(2) Defendants shall file, by 5:00 PM on January 4, 2024, any objections to any translations provided by the Government in discovery. The Government shall file its response by January 5, 2024 by end of day, and Defendants shall file their reply(s) by January 9, 2024 at 5:00 PM.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 2, 2024

3