IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:23cr92-01
                    -02

KULBIR KAUR and
HARMANPREET SINGH

### ORDER

It is hereby ORDERED that the Government's oral motion to dismiss Counts Six and Seven of the Indictment is granted and those counts are dismissed without prejudice.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 19, 2024