UNCLASSIFIED//FOUO

File Number:          RH-3512421
Task ID:              1746043
Name of Audio File:   videoplayback

Participants:

    Kulbir Kaur
    Ruby Basi
    Manjit LNU

Abbreviations:

| | |
|---|---|
| [ ] | Exegesis |
| [LNU] | Last Name Unknown |
| [PH] | Phonetic |

In this over 2-hour long video, Ruby Basi and Mr. Manjit LNU talk to Kulbir Kaur about her court case involving [B.S.] aka [B.S.] Ruby and Manjit ask Kulbir various questions about the case and she answers.

Ruby says that it was in the news that minor [B.S.] came from India to the USA; his passport was taken away and he was made to work 16 hours a day. The other charges are that Kulbir sponsored [B.S.] to come to the States and [B.S.] was threatened with the thing that they won't name. Ruby reads a portion of the news report about the charges.

Ruby tells Kulbir that she will bring Kulbir on video tomorrow. She asks Kulbir who filed the case against her and asks her many other questions related to [B.S.] Following are the key points from Kulbir's answers:

- [B.S.] is Harman's maternal uncle's son.
- Harman is Kulbir's ex-husband.
- [B.S.'s] date of birth on his passport is [ ] 2001 but his real date of birth is [ ] 2000.
- He was in 12th grade when he came here and he was at least 18-19 years old at that time. One of [B.S.'s] aunts say that [B.S.] was two years old when she got married in 2001.
- [B.S.] first came to the US in 2017 for two weeks with school on visitor's visa. And then met Harman when Harman went to [B.S.'s] village in December. [B.S.] had

1
UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number:        RH-3512421
Task ID:            1746043
Name of Audio File: videoplayback

- stopped going to school by then and his school attendance was very low. He had only gone to school for 149 days out of 210 school days.
- B.S. has said that Harman and Kulbir had told him to stop going to school in India. Kulbir asks if anyone can just quit school like that a few days before finals.
- B.S. did not go to school here. He didn't come to the State for the purpose of studying. He came here to work. B.S.'s father used to work in Kuwait for mere 12 thousand US dollars per year. B.S. has testified that he wanted to support himself by working here. B.S. spent lot of money on his sister's wedding in India and bought a lot of gold jewelry there. He was going to think about studies later.
- After being asked if B.S. used to live in their [Kulbir's] house, Kulbir replies in the affirmative and adds that he lived with Harman and they used to live together.
- Kulbir and Harman got divorced and they were not living together in 2018, 2019, and 2020. Kulbir and Harman were not business partners. Kulbir was a registered nurse then and she had to stay out of the house for five days in a week for her FNP program. Harman and Kulbir have two kids together.
- None of the customers said that they saw B.S. sad or depressed or with dirty clothes. B.S. lied when he said that he was hit. He also lied when he said that he worked 16-hr long days; whereas he made three or four trips to New York in March, April and May.
- B.S. lied when he said that he has no relatives here. He has 11-12 relatives here, including one in Georgia. B.S.'s uncle got deported from New York in 2019.

Ruby says that they have a psychologist, Mandeep LNU, on the show and Mandeep is Ruby's aunt and has worked with police for 25 years. Ruby asks what proof the police had when B.S. told them that he was beaten etc. and what proofs does Kulbir have. Kulbir says that he was doing her clinicals and never went to the store. Ruby asks why she is involved in the case then and Kulbir replies that it is because of B.S.'s and B.S.'s father's testimony. Kulbir talks about B.S.'s hand being burnt in an accident involving fryer at work that healed fast. Kulbir says that she started her studies in 2021 and finished in 2023. She says that the FBI visited her in 2021 and she didn't go to school for eight months after that. Ruby tells her audience that she and Kulbir had talked about four months ago also. She asks Kulbir what the FBI did or say and Kulbir replies that they didn't say much. She says that the FBI has one video and rest are messages. She says that Harman was stuck in India during Corona and used to ask reports from B.S.

2
UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

| | |
|---|---|
| File Number: | RH-3512421 |
| Task ID: | 1746043 |
| Name of Audio File: | videoplayback |

Ruby says that she will try to help Kulbir and says that Harman can contact her too, if he wants to share his side of the story. She says that the same to Harman and B.S. a couple of times during the interview, in case they are listening.

Ruby asks Kulbir if she has any proof that there was no forced labor and asks why would anyone lie. Kulbir says that B.S. did that because he needed green card. She adds that B.S. tried to file for asylum too like his cousin did and went to an immigration attorney also.
Kulbir says that B.S. tried to get the papers through Kulbir by marrying her but Kulbir's daughter said no to that due to an incident. She says that her daughter asked her not to mention that incident. Ruby comments that sexual abuse is a big thing and asks Kulbir if she refused to file papers for B.S. after she found out about that incident. Kulbir replies that she was already married [to B.S. and was ready but she refused after finding out. She says that she and B.S. got married in court in August 2019. She adds that B.S. did not just file the complaint straight up. He first created an online account in his sister's name and searched Kulbir, Harman, their property and birth certificates on the 24th. He left for Georgia on the 25th and met a lawyer there who sent a letter to Kulbir and Harman asking for money to settle the case outside of court and said that they will go to the FBI if they don't get the money. Ruby asks Kulbir how much money he asked for and Kulbir replies that it was 108,000.

Kulbir says that the money that Harman had sent through Western Union was mentioned but the money Harman gave B.S. in cash was not mentioned. Ruby says that one should always pay with check as that serves as a proof.

Ruby asks why B.S. filed a case for money after two years when they were married in 2019. Kulbir replies that it happened because she refused to sign his papers. Ruby asks about her age at the time of her marriage with B.S. Kulbir says she is 19 years older than B.S. She further says that B.S.'s brother had married a woman 23 years older than him to get his papers in another counrty. B.S.'s uncle who got deported had also married someone to get his paperwork here.

Ruby asks Kulbir if she had consulted with someone before she married B.S. given than he was 19 years younger than her; Kulbir says she did not. She says that she regrets it now but she only wanted to help B.S. at that time. She refused only after B.S. misbehaved with her daughter. Ruby asks Kulbir about their age gap at the time of the incident; Kulbir says that both were under 18 at that time. She later corrects herself and says that her daughter was 15 and B.S. was 19. Ruby says that B.S. could have gone to jail for that and Kulbir says that her

UNCLASSIFIED//FOUO

File Number:       RH-3512421
Task ID:           1746043
Name of Audio File: videoplayback

daughter did not want to pursue any charges against him, so she did not tell Kulbir when it happened. Kulbir says that this incident happened in 2018 and her daughter told her about it in 2019. Ruby reprimands Kulbir for not filing police report and not protecting her child which is Kulbir's responsibility. Ruby says that the daughter can still file a report and Kulbir says that if they do that now, they will feel that Kulbir is doing it to help her case. Ruby again talks about filing a case in this matter and says that rape cases don't have any federal statute of limitations.

Kulbir says that B.S.'s mother came to see Kulbir in India in 2020 and B.S. had sent cash for his parents then. Mother had come to collect the cash and asked Kulbir to talk to B.S.'s dad who threatened Kulbir at that time and said that they won't let her leave [go back to the US] if she doesn't file the paperwork. She then talks about a dangerous group in B.S.'s native village and says that she was scared. She says that she can even show B.S.'s connection with those people and adds that she had recovered phone calls between B.S. and Mangal Singh.

Kulbir says that she filed divorce application in August but B.S. refused to sign it. Then she hired an attorney in October to get the divorce. Kulbir further says that after B.S. found that out and realized that his paperwork won't be filed, he started being sad and had a fight with someone at the store. They also talk about B.S.'s salary increase at their store. Ruby again asks Kulbir what proof did the other side has about file a case against them and she replies that it was the burning of the hand, wisdom tooth extraction, and messages asking B.S. to do some chores at the store. Kulbir says that Harman paid B.S. in cash but they don't have proof of that. Ruby tells her listeners not to hire illegal people and to save the proofs of payments to their employees. Kulbir says that a couple of customers testified about lot of cash in B.S.'s wallet and Harman paying B.S. in cash. Kulbir says that she took cash to India to give to B.S.'s family but she was not allowed to testify. She says that there were other proofs that their lawyer did not even present to the court. She adds that someone was supposed to come from India to testify but someone filed a case against them also, so they couldn't come here.

Kulbir says that she doesn't have any text messages to prove her innocence because she gave her phone to the guy [possibly B.S. and he lost it. Ruby talks to Kulbir about recovering her data from iCloud and Kulbir says that she tried to recover but it didn't work because her iCloud was not on. Kulbir also talks about the FBI taking her phone at one time and the phone call recording in which the other party had talked about the out-of-court settlement but they didn't allow that audio to be taken out. Ruby asks how that is possible and if her lawyers did not appeal that. Kulbir says that she can't say much but does not think that their attorneys presented enough proofs.

4
UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

| | |
|---|---|
| File Number: | RH-3512421 |
| Task ID: | 1746043 |
| Name of Audio File: | videoplayback |

Ruby asks Kulbir about the FBI's involvement and if they came to her house or the store. Kulbir says that they got a letter from the FBI on June 24th and on July 13th, they responded through an attorney by saying they didn't owe any money. Then B.S.'s father contacted Harman's mother to give them just half of the money and call it good. And then Harman tried to give B.S. 25,000 dollars but he refused to get any less that what they wanted and this happened in July before they responded to the letter from his attorney. And then three months later, in September, B.S. goes to the FBI.

Ruby asks if 108,000 dollars was B.S.'s salary for three years; Kulbir says yes. The other charges according to Kulbir were forced labor and harboring. Ruby again asks about the FBI. Kulbir says that the FBI first came to their house on December 14th and then went to their store. They didn't arrest anyone then and their investigation continued for two years. An arrest warrant was issued but they got bail.

Ruby asks Kulbir about her children and Kulbir says that she has three children. Two from Harman are seven and three years old. The oldest one from her first marriage is over 18 now. Harman's mom is visiting and taking care of the kids. Kulbir says that she and Harman have separate attorneys.

Ruby tells Kulbir that she is adding someone to the call now and she and that person work on many cases together. She welcomes Manjit [PH] LNU. She tells Manjit about the case briefly. Manjit asks when Kulbir got divorced from her ex-husband; Kulbir says they got divorced in 2019. Manjit asks various questions about B.S. and the case and here are some of the answers/statements given by Kulbir.

- Uncle's son came to the US in February 2018.
- She and her ex-husband got separated in 2017 and filed for divorce in January 2019.
- She married [ B.S. in order to get him settled here in the US.
- Kulbir's husband [Harman] did not ask her to marry B.S. It was only between B.S. and Kulbir.
- Kulbir and B.S. had physical relationship.
- The store was in Kulbir's husband's name but Kulbir was also arrested because in the testimony, both their names are added.
- Kulbir was repeatedly told that nothing will happen to her and she will be set free.
- She had asked for a report [from B.S. and that's why they thought that even she was involved.

5
UNCLASSIFIED//FOUO

| | |
|---|---|
| File Number: | RH-3512421 |
| Task ID: | 1746043 |
| Name of Audio File: | videoplayback |

Manjit says that after she had relationship with [B.S.] after her divorce from her husband, why didn't she file the petition for [B.S.] Kulbir replies that it is because she found out that [B.S.] had misbehaved with her daughter. She did not file a child molestation case against him. Manjit asks Kulbir if she was still married to [B.S.] when he molested her daughter; Kulbir says yes. She says that she filed for divorce in August 2020 but [B.S.] refused to sign, so she had to get the divorce through a lawyer and the divorce was finalized in February 2021. She says that [B.S.] said that Harman and Kulbir forced [B.S.] to work and Kulbir took his passport away. She said that [B.S.] has testified that the only time he saw his passport was when he got his visa extended but there were other times when he had the passport like during the court marriage and when he went to the immigration attorney. One time during an ear piercing as well. Kulbir says that [B.S.] wanted to file for asylum but in his testimony he said that he was being forced to file for asylum.

Manjit asks Kulbir if she lived with her husband when [B.S.] filed a report with the FBI. Kulbir says that they were not living together when [B.S.] left from here. But he started calling after Kulbir got the letter. She says that she got scared and came back in July 2021 to live with Harman. Answering Manjit's questions, Kulbir says that she and Harman filed their income taxes separately since 2017 or 2018 and the addresses they used for income tax filing were separate also. Manjit asks her what questions did the FBI ask her and Kulbir replies that it was not much and everything they asked was about [B.S.] Manjit says that the FBI doesn't show up just like that and asks her where this guy lived when the FBI paid them a visit.
 Ruby asks Kulbir [B.S.'s] full name and Kulbir replies that it is [B.S.] Kulbir says that [B.S.] left for Georgia on May 25th and sent a letter, asking for 108,000 dollars, on June 24th. UM asks what was the money for and Kulbir says that he said it was for the work he did for them. Manjit asks if the guy came here on visitor visa; Kulbir replies in the affirmative again and says that the visa was valid for six months but Harman got it extended and even paid the fee for the extension.

Manjit says that [B.S.] could not work on visitor's visa and asks her if they made him work in their store. Kulbir says yes. Manjit says that they violated the immigration law. He further says that they made him work for them illegally when he didn't have the work permit. He asks her how they hired him. Kulbir replies that [B.S.'s] was Harman's cousin, asked for help, and Harman helped. Manjit asks about their properties and the store and Kulbir says that everything was separate. She says that she had her name in the pre-lease when they had bought the store but her name was taken out when the lease was renewed in 2018 or early 2019.

UNCLASSIFIED//FOUO

File Number:            RH-3512421
Task ID:                1746043
Name of Audio File:     videoplayback

Manjit asks Kulbir if the guy lived with her after the divorce or with her husband. Kulbir says that he lived with her ex-husband. She says that she only helped with the store in 2020 and she did it online. They go back and forth on who B.S. lived with after Kulbir's divorce with her ex-husband. Kulbir says that Harman and B.S. rented a room together close to the store but sometimes they would come home also. She adds that when they were in India during Coronavirus, B.S. rented a room with someone else. The case sentencing is in May. Manjit tells Ruby that he will try to pull the case information and asks Ruby which court it is in. He says that he thinks that they are charged for immigration fraud and it looks like fraud. He adds that they got married in 2019 but lived separately. Manjit says that attorney made a case of harboring because the guy wanted the green card and he probably got it too by now. He adds that there was no case to be made but Kulbir's defense attorney was not able to make the prosecutor understand properly. He says that the main thing is that they have committed immigration fraud. They married and then the divorced and any FBI agent would be able to tell that it is an immigration fraud. Secondly, the guy was not supposed to work and hiring him is fraud as well. Manjit says that the guy made up the story about his passport.

Manjit asks questions about Kulbir's arrest and bail. She replies that there was no bail and she was simply let go. And that the FBI asked them to go the FBI office and arrested them there; the FBI said that they have their arrest warrants. Manjit says that it doesn't happen often; the FBI usually comes to you. Manjit says that it should have been a mistrial and Kulbir's defense attorney can do it as Kulbir was not asked about anything and she has nothing to do with the store. When Ruby tells Manjit that Kulbir was doing her clinicals to become a nurse practitioner ; Manjit says that she can forget that now. Manjit says that she is confused how the harboring charges came about and wonders how the FBI can charge incorrectly. He asks Kulbir if B.S. lived with her in the end; she says no, he lived with someone else. She says that they hardly livwd two weeks together and she lived with her brother and couldn't take B.S. there.

Manjit asks her that Kulbir married B.S. had relationship with him, and asks if her brother didn't know about all this. Kulbir says that her brother did not know. Manjit says that in that case, she also cheater her husband. And that Kulbir didn't even tell her husband that she is in relationship with him [ B.S. Manjit further says that it looks like a collusion and asks if it is possible that Harman trapped Kulbir. Kulbir says that Harman did not even know about it and it was between B.S. and Kulbir only.

Manjit says that he understood the whole thing but Kulbir is still not telling them the entire truth. He says that he will request access to her case file and Kulbir can send that to him as well, if she

7
UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number:        RH-3512421
Task ID:            1746043
Name of Audio File: videoplayback

has it. Ruby tells Manjit that Kulbir had some proofs also that they did not see and that the translation had many issues as well. Ruby says that she will bring Kulbir live tomorrow. Manjit says that he will read everything in detail and can even call Kulbir's attorney. He adds that the FBI doesn't arrest people just like that and [B.S.'s] immigration attorney might have written to the FBI. Manjit says that everything comes under the DOJ and even if they [Manjit's agency] makes an arrest, it comes under DOJ too.

Manjit asks Kulbir about his separation and divorce from Harman; and [B.S.] being her third husband. Kulbir says that [B.S.] told the FBI that Harman forced him to marry Kulbir; to which Manjit says that there's something fishy there. Manjit asks Kulbir if she did not tell the FBI that [B.S.] molested her daughter; Kulbir says that she did but they made some other story out of it. Reference to Protected Material Ruby mentions that a child psychologist Mandeep is online now.

Manjit says that it looks like a web now. He says that Kulbir married [B.S.] and had relationship with him but Harman did not even know about it and asks them how that is possible. Kulbir says that Harman came to know about it in 2020. Manjit asks Kulbir when [B.S.] was beaten, was it before 2020 or after. Kulbir says that it was in 2019, one incident was from August 2019. Manjit says that he will have to study the case first in order to know about potential sentencing. He says that the case is likely something different than what it looks like. He says that the FBI is not stupid that they will entrap Kulbir like that. He says that if Kulbir thinks that the FBI did things wrong, she can ask for their internal investigation by OIG. Kulbir says that it was a jury trial and her attorney kept on telling her until the last moment that Kulbir has no involvement in all this. Manjit says that he believes Kulbir's story but in order to see what was written, he would have to read the case file. He asks Kulbir if her lawyer shared evidence with her and she replies that he did but there was nothing much in there.

Manjit asks about where [B.S.] lived and Kulbir says that he lived somewhere outside form December 2019 to June 2020 because Harman was stuck in India due to Coronavirus. Manjit asks Ruby to send him the case file and asks them why they lost the case with two lawyers representing them. He says that he might or might not get access to the case file. Manjit repeats that is a web and the FBI is not stupid. Manjit and Ruby briefly talk about the case being a civil case or criminal case. Ruby tells Kulbir that she will have enough followers and they will talk on Thursday. Manjit says that he will read up the entire case but it is not what Kulbir is telling them. He says that the FBI needs to tell the judge what kind of warrants they need. They collected evidence, made the case, and gave it to the federal attorney. He says they don't prosecute until

8
UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

| | |
|---|---|
| File Number: | RH-3512421 |
| Task ID: | 1746043 |
| Name of Audio File: | videoplayback |

they don't feel strongly that the case is strong. Manjit says that there is immigration fraud for sure in all of this. Ruby says that Kulbir has the followers now and Ruby can now send an invite to Kulbir. She says that their goal is to help anyone who needs help and Harman and B.S. can call them also, if they want.

Ruby mentions a Pushpinder Kaur Sangha's [PH] case that they have been working on for seven months. She asks B.S. to join as well and adds that they don't take any sides.

Ruby asks Kulbir if B.S. is living in Georgia now; Kulbir says yes. Ruby asks Kulbir to send her case files, thanks her followers and says that they will meet on Thursday at 6:30pm.

UNCLASSIFIED//FOUO