


U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 3/3/2018 | 45 | 5 | $326.25 | $18.13 | 15 hrs (March 1-3) | $344.38 |
| 3/10/2018 | 105 | 65 | $761.25 | $235.63 | | $996.88 |
| 3/17/2018 | 105 | 65 | $761.25 | $235.63 | | $996.88 |
| 3/24/2018 | 105 | 65 | $761.25 | $235.63 | | $996.88 |
| 3/31/2018 | 105 | 65 | $761.25 | $235.63 | | $996.88 |
| 4/7/2018 | 105 | 65 | $761.25 | $235.63 | | $996.88 |
| 4/14/2018 | 105 | 65 | $761.25 | $235.63 | | $996.88 |
| 4/21/2018 | 105 | 65 | $761.25 | $235.63 | | $996.88 |
| 4/28/2018 | 105 | 65 | $761.25 | $235.63 | | $996.88 |
| 5/5/2018 | 95 | 55 | $688.75 | $199.38 | 15 hrs (April 29 - 30); 13 hrs (May 1-5) | $888.13 |
| 5/12/2018 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 5/19/2018 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 5/26/2018 | 91 | 51 | $659.75 | $184.88 | | $844.63 |

Case 3:23-cr-00092-REP   Document 231-2   Filed 04/24/24   Page 2 of 14 PageID# 2701



U.S. Department of Labor
Wage and Hour Division



| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 6/2/2018 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 6/9/2018 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 6/16/2018 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 6/23/2018 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 6/30/2018 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 7/7/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 7/14/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 7/21/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 7/28/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/4/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/11/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/18/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/25/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
Page 2 of 14




U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 9/1/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/8/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/15/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/22/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/29/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/6/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/13/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/20/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/27/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/3/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/10/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/17/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/24/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |

 

U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 12/1/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/8/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/15/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/22/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/29/2018 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 1/5/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 1/12/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 1/19/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 1/26/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 2/2/2019 | 72 | 32 | $522.00 | $116.00 | 1 day (12 hours) off applied | $638.00 |
| 2/9/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 2/16/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 2/23/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |




U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 3/2/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 3/9/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 3/16/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 3/23/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 3/30/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 4/6/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 4/13/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 4/20/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 4/27/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 5/4/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 5/11/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 5/18/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 5/25/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |




U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 6/1/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 6/8/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 6/15/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 6/22/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 6/29/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 7/6/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 7/13/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 7/20/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 7/27/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/3/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/10/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/17/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/24/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |




U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 8/31/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/7/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/14/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/21/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/28/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/5/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/12/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/19/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/26/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/2/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/9/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/16/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/23/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |





U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 11/30/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/7/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/14/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/21/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/28/2019 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 1/4/2020 | 88 | 48 | $638.00 | $174.00 | 12 hrs (Dec 29-31); 13 hrs (Jan 1-4) | $812.00 |
| 1/11/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 1/18/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 1/25/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 2/1/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 2/8/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 2/15/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 2/22/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |




U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 2/29/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 3/7/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 3/14/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 3/21/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 3/28/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 4/4/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 4/11/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 4/18/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 4/25/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 5/2/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 5/9/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 5/16/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 5/23/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |




U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 5/30/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 6/6/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 6/13/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 6/20/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 6/27/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 7/4/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 7/11/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 7/18/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 7/25/2020 | 91 | 51 | $659.75 | $184.88 | | $844.63 |
| 8/1/2020 | 90 | 50 | $652.50 | $181.25 | 13 hrs (July 26-31); 12 hrs (Aug 1) | $833.75 |
| 8/8/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/15/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 8/22/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |




U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 8/29/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/5/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/12/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/19/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 9/26/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/3/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/10/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/17/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/24/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 10/31/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/7/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/14/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 11/21/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |



U.S. Department of Labor
Wage and Hour Division



| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 11/28/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/5/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/12/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/19/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 12/26/2020 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 1/2/2021 | 92 | 52 | $667.00 | $188.50 | 12 hrs (Dec 27-31); 16 hrs (Jan 1-2) | $855.50 |
| 1/9/2021 | 96 | 56 | $696.00 | $203.00 | 1 day (16 hours) off applied | $899.00 |
| 1/16/2021 | 112 | 72 | $812.00 | $261.00 | | $1,073.00 |
| 1/23/2021 | 112 | 72 | $812.00 | $261.00 | | $1,073.00 |
| 1/30/2021 | 112 | 72 | $812.00 | $261.00 | | $1,073.00 |
| 2/6/2021 | 88 | 48 | $638.00 | $174.00 | 16 hrs (Jan 31); 12 hrs (Feb 1 - 6) | $812.00 |
| 2/13/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 2/20/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |




U.S. Department of Labor
Wage and Hour Division

| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|
| 2/27/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 3/6/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 3/13/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 3/20/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 3/27/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 4/3/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 4/10/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 4/17/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 4/24/2021 | 84 | 44 | $609.00 | $159.50 | | $768.50 |
| 5/1/2021 | 84 | 44 | $636.00 | $318.00 | VA MW increased to $9.50/hr effective May 1, 2021 | $954.00 |
| 5/8/2021 | 84 | 44 | $798.00 | $209.00 | | $1,007.00 |
| 5/15/2021 | 84 | 44 | $798.00 | $209.00 | | $1,007.00 |
| 5/22/2021 | 84 | 44 | $798.00 | $209.00 | employment ended May 22 | $1,007.00 |



U.S. Department of Labor
Wage and Hour Division



| Applicable VA Minimum Wage | |
|---|---|
| 7/24/2009 | $7.25 |
| 5/1/2021 | $9.50 |

| Assumptions | |
|---|---|
| Workweek runs from Sunday to Saturday | |
| Dates of employment: March 1, 2018 - May 22, 2021 | |
| March - April 2018 | 15 hours/day |
| May 2018; January - July 2020 | 13 hours/day |
| July 2018 - December 2019; August - 2020 - May 2021 (except Jan 2021) | 12 hours/day |
| January 2021 | 16 hours/day |

| Workweek Ending Date | Hours Worked | OT hours | Straight Time Wages | Half Time Premium | | Total Amount Due |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Subtotal: | $136,269.38 |
| Credit for wages paid*: | ($16,164.00) |
| **Total Balance Due:** | **$120,105.38** |

**\*Payments Made**

| | |
|---|---:|
| 4/23/2018 | $735.00 |
| 5/16/2018 | $973.00 |
| 8/21/2018 | $914.00 |
| 9/3/2018 | $1,305.00 |
| 9/30/2018 | $1,450.00 |
| 11/3/2018 | $1,435.00 |
| 12/12/2018 | $1,435.00 |
| 1/5/2019 | $1,460.00 |
| 2/6/2019 | $1,450.00 |
| 10/27/2020 | $2,573.00 |
| 10/28/2020 | $769.00 |
| 1/15/2021 | $1,665.00 |
| **Total:** | **$16,164.00** |