IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Case No. 3:23-cr-92

KULBIR KAUR,
& HARMANPREET SINGH,

    Defendants.

**ORDER**

Due to a conflict with the Court's schedule, the sentencing scheduled for May 20, 2024 at 10:00 is continued pending further Order of the Court.

It is so ORDERED.

                                        /s/ REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: May 17, 2024